# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**RANDY OWEN**,	Civil File No. 11-0358

    Plaintiff,

vs.	**STIPULATION OF DISMISSAL WITH PREJUDICE**

**ACCOUNTS RECEIVABLE MANAGEMENT, INC**.

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Randy Owen, and the defendant, Accounts Receivable Management, Inc., hereby stipulate to the dismissal of the above-styled case, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: June 2, 2011	By /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: June 2, 2011	By /s/Joshua C. Dickinson
Joshua C. Dickinson, #51446
Spencer Fane Britt & Browne LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (fax)
ATTORNEY FOR DEFENDANT