IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RANDY OWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-0358-CV-W-GAF |
| | ) |
| ACCOUNTS RECEIVABLE | ) |
| MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. #7). Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs and fees.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: June 7, 2011